# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ELIMINATION AND | : | NO. 452 |
| MODIFICATION OF MAGISTERIAL | : | |
| DISTRICTS WITHIN THE 7TH JUDICIAL | : | MAGISTERIAL RULES DOCKET |
| DISTRICT OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of February, 2021, upon consideration of the Petition of the President Judge of the Seventh Judicial District (Bucks County) to eliminate Magisterial District Court 07-1-04 and modify Magisterial Districts 07-1-02 and 07-1-03 of the Seventh Judicial District (Bucks County) of the Commonwealth of Pennsylvania, it is hereby ORDERED that the Petition is DENIED.